IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| JACQUENETTE FITZPATRICK | ) | CASE NO. 06-02620 |
| JOSEPH FITZPATRICK | ) | CHAPTER 13 |
| | ) | JUDGE GOLDGAR |
| DEBTORS | ) | |

STATEMENT OF OUTSTANDING OBLIGATION

To: Jacquenette & Joseph Fitzpatrick 1833 Seymour Ave. North Chicago, IL 60064
David M. Siegel & Associates 790 Chaddick Drive Wheeling, IL 60090
Glenn Stearns  4343 Commerce Court, Ste. 120  Lisle, IL 60532

PLEASE TAKE NOTICE that pursuant to the Notice of Final Mortgage Cure Amount filed by the Chapter 13 Trustee on April 16, 2008, Creditor UMLI/UM Capital hereby states that post-petition mortgage payments are due for 24 months, from June, 2006 through the date of the Trustee's Notice, in the monthly amount of $431.69, with accrued late fees totaling $238.96 for the same period, for a total due of $10,599.52.  Creditor hereby objects to any Order of this Court treating the mortgage as reinstated and fully current.

/s/Michael Dimand
MICHAEL DIMAND

CERTIFICATE OF MAILING

I, MICHAEL DIMAND, an attorney, certify that I served the above-named respondents by placing a copy of the Statement of Outstanding Obligation in an envelope, correctly addressed and mailing same by regular mail, postage pre-paid in the U.S. Mail chute at 5 E. Wilson St., Batavia, Illinois before the hour of 5:00 p.m. on June 11, 2008.

/s/Michael Dimand
MICHAEL DIMAND

Michael Dimand
5 E. Wilson St.
Batavia, IL 60510
(630) 406-8099

THIS COMMUNICATION IS FROM A "DEBT COLLECTOR." (15USC 1692a)