```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 02620
   JACQUENETTE FITZPATRICK
   JOSEPH FITZPATRICK                       CHAPTER 13

                                            JUDGE: A. BENJAMIN GOLDGAR
       Debtor
   SSN XXX-XX-8582      SSN XXX-XX-5093
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 03/16/06 and confirmed on 08/04/06.

2. The plan is paid in full.

3. The Debtor paid a total of $ 41947.55 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| TAYLOR BEAN & WHITAKER M | CURRENT MORTG | .00 | .00 | .00 |
| TAYLOR BEAN & WHITAKER M | MORTGAGE ARRE | 2325.81 | .00 | 2325.81 |
| SELECT PORTFOLIO SERVICI | CURRENT MORTG | .00 | .00 | .00 |
| SELECT PORTFOLIO SERVICI | MORTGAGE ARRE | 5010.88 | .00 | 5010.88 |
| UMLI/UM CAPITAL | SECURED | .00 | .00 | .00 |
| GREAT LAKES CREDIT UNION | SECURED VEHIC | 4211.68 | 482.41 | 4211.68 |
| GREAT LAKES CREDIT UNION | SECURED VEHIC | 10778.73 | 1889.81 | 10778.73 |
| AMERICAN FAMILY INSURANC | UNSECURED | NOT FILED | .00 | .00 |
| ARMED FORCES BANK | UNSECURED | 789.21 | 75.00 | 789.21 |
| CITY OF NORTH CHICAGO | UNSECURED | NOT FILED | .00 | .00 |
| CORTRUST BANK | UNSECURED | 159.64 | 15.32 | 159.64 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| GREAT LAKES CREDIT UNION | SECURED VEHIC | 3289.22 | 482.36 | 3289.22 |
| ILLINOIS DEPT OF HUMAN S | UNSECURED | 2279.33 | 217.19 | 2279.33 |
| NANCY WALLACE DMD | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES GAS | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES GAS | UNSECURED | 545.77 | 51.85 | 545.77 |
| PEOPLES GAS | UNSECURED | 2262.90 | 215.19 | 2262.90 |
| SBC AMERITECH | UNSECURED | NOT FILED | .00 | .00 |
| SBC AMERITECH | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| UMLI/UM CAPITAL | MORTGAGE ARRE | 1872.46 | .00 | 1872.46 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 27488.78 | .00 | 6036.85 | .00 | 33525.63 |
| PRINCIPAL PAID | 27488.78 | .00 | 6036.85 | .00 | 33525.63 |

```
INTEREST PAID              2854.58           .00      574.55          .00       3429.13
TOTAL PAID                30343.36           .00     6611.40          .00      36954.76
```

The Debtor's attorney, DAVID M SIEGEL                    , was allowed $   3000.00
and was paid $     461.00  direct and $    2539.00   through the plan.

The Trustee received $    1624.68 .

Refunds to the Debtor totaled $     829.11 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 03/18/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE